**Order entered December 16, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01003-CR

**LARRY DAQUAN JENKIINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F20-76597-Y**

### ORDER

Before the Court is the December 15, 2022 request of court reporter Patricia Holt for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **January 17, 2023**.

/s/     LANA MYERS
          JUSTICE